JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MESSNER, | NO. CV 08-06001 SJO (MANx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GLOBAL REALTY DEVELOPMENT CORPORATION, et al. | |
| Defendants. | |

This matter came before the Court on Plaintiff Brian Messner's ("Plaintiff") multiple Motions for Default Judgment. After full consideration of all admissible evidence and documents submitted, the Court granted in part and denied in part Plaintiff's Motions against Defendant Global Realty Development Corporation ("Defendant").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

(1) That judgment be entered against Defendant in favor of Plaintiff on his Copyright Infringement;

(2) Defendant is permanently enjoined from directly or indirectly infringing in Plaintiff's copyrights in the *The Seed of Faith* and *The Devil Exists* films ("Films") and from continuing to duplicate, market, offer, sell, dispose of, license, lease, transfer, display, transmit, advertise, reproduce, develop or manufacture any works derived from the Films; and

(3)  Defendant must return all originals, copies, facsimiles or duplicates of the Films to Plaintiff.

IT IS SO ADJUDGED.

Dated: March 16, 2011.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE